UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**RECEIVED**

SEP 2 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY __General Court Num__ DEPUTY CLERK

415.522.2000

September 20, 2007

USDC for the Eastern District of California
Clerk's Office
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

2: 0 7 - CV - 1 9 9 3 GEB KJM PC

2:07cv1993GEB_KJMP

RE: CV 07-04545 MMC   TERRY L SCREWS-v-COUNTY OF SOLANO

Dear Clerk,

   Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☐ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

   Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record

07-4545 MMC



FILED
SEP 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

SACRAMENTO CA
24 SEP 2007 PM 1